No. 240. COVELLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Edward Bennett Williams* and *Robert L. Weinberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States. ▮

No. 654. HUNTER *v.* OHIO EX REL. MILLER ET AL. Sup. Ct. Ohio. Motion of petitioner for leave to intervene granted. Certiorari denied. *Sheldon I. Cohen* and *Eugene Gressman* for petitioner. *Henry A. Berliner, Jr.,* for respondent Miller.

No. 117, Misc. PORTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 120, Misc. WOLCOTT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 178, Misc. TAITE *v.* BUSBEE ET AL. Sup. Ct. Fla. Certiorari denied.

No. 209, Misc. ALAMO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *William E. Hellerstein* for petitioner.

No. 215, Misc. NICHOLSON ET AL. *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. ▮

No. 246, Misc. AUSTIN *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 300, Misc. GABLE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.